No. 81. SIMMONS ET UX. *v.* WEST HAVEN HOUSING AUTHORITY. Appeal from App. Div., Cir. Ct. Conn. [Probable jurisdiction noted, 394 U. S. 957.] Motion of the State of Connecticut for leave to participate in oral argument as *amicus curiae* in support of judgment granted. Motion of National Legal Aid and Defender Assn. for leave to file a brief as *amicus curiae* granted. Motion of Center on Social Welfare Policy and Law et al. for leave to file a brief as *amici curiae* granted. *Robert K. Killian*, Attorney General, and *F. Michael Ahern*, Assistant Attorney General, for the State of Connecticut on its motion.

No. 266. SANKS ET AL. *v.* GEORGIA ET AL. Appeal from Sup. Ct. Ga. [Probable jurisdiction noted, 395 U. S. 974.] Motion of Center on Social Welfare Policy and Law et al. for leave to file a brief as *amici curiae* granted.

No. 85. ASSOCIATION OF DATA PROCESSING SERVICE ORGANIZATIONS, INC., ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES, ET AL. C. A. 8th Cir. [Certiorari granted, 395 U. S. 976.] Motion of Sierra Club for leave to file a brief as *amicus curiae* granted. *Matthew P. Mitchell* and *Leland R. Selna, Jr.,* on the motion.

No. 125. MARTIN MARIETTA CORP. *v.* FEDER ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 214. TV PIX, INC., ET AL. *v.* TAYLOR ET AL. Appeal from D. C. Nev. The Solicitor General is invited to file a brief expressing the views of the United States.